UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/09/2024
```

TADEUSZ CITAK ET AL,

                Plaintiffs,

-against-

FRANK CYRWUS, INC. ET AL,

                Defendants.

23-CV-10438 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

      On December 4, 2023, Defendants William Scrivens and John Bregman was served with the summons and Complaint. On December 8, 2023, Defendant Frank Cyrwus, Inc. was served with the summons and Complaint. The deadline for Defendants Scrivens and Bregman to answer or otherwise respond to the Complaint was December 26, 2023, and the deadline for Defendant Frank Cyrwus, Inc. was December 29, 2023. As of the date of this Order, Defendant Scrivens has not filed an answer or otherwise responded or made an appearance in the matter.

      Defendant Bregman ("Defendant") has filed a Verified Answer, dated December 27, 2023 (ECF No. 15), to Tadeusz Citak, Maciej Citak, Leszek Starzynski, Milan Hujas, Bernard Dublanski, and Tomasz Kuprel's ("Plaintiffs") Complaint, dated November 29, 2023 (ECF No. 10). Defendant Bregman, appearing *pro se*, appears to have filed his Answer on behalf of himself and Defendant Frank Cyrwus, Inc. The Court notes that a *pro se* Defendant cannot represent a corporation, therefore counsel must make an appearance and file an answer or otherwise respond to the Complaint on behalf Defendant Frank Cyrwus, Inc.

      The Court waives the Initial Pre-Trial Conference requirement and directs Plaintiffs and Defendant Bregman to submit a proposed Case Management Plan and Scheduling Order (blank form attached hereto) by January 29, 2024. After review and approval of the Scheduling Order,

the Court will issue an Order of Reference to Magistrate Judge Victoria Reznik for general pretrial purposes. The parties are directed to contact Judge Reznik within seven (7) business days of the date of the Order of Reference to schedule a conference.

      The Clerk of the Court is directed to mail a copy of this Order to Defendant Bregman at the address listed on ECF and to show service on the docket.

SO ORDERED.

Dated: January 9, 2024
       White Plains, New York

_____
Nelson S. Román, U.S.D.J.

UNITED STATES DISTRICT COURT                         Rev. May 2014
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

                                                                  **CIVIL CASE DISCOVERY PLAN**
                               Plaintiff(s),          **AND SCHEDULING ORDER**
- against -

                               Defendant(s).      _____ CV _____ (NSR)

-------------------------------------------------------------x

      This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties [consent] [do not consent] to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2. This case [is] [is not] to be tried to a jury.

3. Joinder of additional parties must be accomplished by _____.

4. Amended pleadings may be filed until _____. Any party seeking to amend its pleadings after that date must seek leave of court via motion.

5. Interrogatories shall be served no later than _____, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 [shall] [shall not] apply to this case.

6. First request for production of documents, if any, shall be served no later than _____.

7. Non-expert depositions shall be completed by _____.

    a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

    b. Depositions shall proceed concurrently.

    c. Whenever possible, unless counsel agree otherwise or the Court so orders,

      non-party depositions shall follow party depositions.

8. Any further interrogatories, including expert interrogatories, shall be served no later than _____.

9. Requests to Admit, if any, shall be served no later than _____.

10. Expert reports shall be served no later than _____.

11. Rebuttal expert reports shall be served no later than _____.

12. Expert depositions shall be completed by _____.

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14. **ALL DISCOVERY SHALL BE COMPLETED BY** _____.

15. Any motions shall be filed in accordance with the Court's Individual Practices.

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. The Magistrate Judge assigned to this case is the Hon. _____.

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The next case management conference is scheduled for _____, at _____. (The Court will set this date at the initial conference.)

SO ORDERED.
Dated:
White Plains, New York

_____
Nelson S. Román, U.S. District Judge