```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Citak, et al..,

                              Plaintiffs,

        -against-

Frank Cyrwus, Inc., et al.,

                              Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:23-cv-10438-NSR-VR

**Copy mailed to Pro Se defendant Bregman by Chambers of Victoria Reznik On March 1, 2024**

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled **March 14, 2024 at 11:30 AM**. The parties are to dial in to Teams conference line at **1 914-292-4033**, enter the Conference **ID 659980546** and then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the following:

    (1) a brief summary of claims, defenses, and relevant issues;
    (2) the basis of subject matter jurisdiction;
    (3) the subjects on which discovery may be needed;
    (4) any anticipated discovery disputes or sought-after limitations on discovery;
    (5) any plans for electronic discovery and ESI protocols;
    (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
    (7) any anticipated motions; and
    (8) the prospects and timing for early settlement or resolution.

        **SO ORDERED.**

DATED:    White Plains, New York
                March 1, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge