```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/25/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Citak, et al.,

                             Plaintiffs,

              -against-

Frank Cyrwus, Inc., et al.,

                            Defendant(s).
------------------------------------------------------------------X

7:23-cv-10438

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

      On June 5, 2024, the Court directed the parties to submit a proposed and revised Case Management Plan and joint letter to the Court by no later than June 21, 2024. (ECF No. 35). The Court has not yet received either of these filings. The parties are reminded to submit a proposed and revised Case Management Plan and status letter, which is now due by **June 28, 2024**.

      SO ORDERED.

DATED:    White Plains, New York
                June 25, 2024

                                                _____
                                                VICTORIA REZNIK
                                                United States Magistrate Judge