UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TADEUSZ CITAK, MACIEJ CITAK, LESZAK
STARZYNSKI, MILAN HUJAS, BERNARD
DUBLANSKI and TOMASZ KUPREL.,

                             Plaintiffs,                      7:23-cv-10438

        -against-                            **ORDER**

FRANK CYRWUS, INC., WILLIAM SCRIVENS
and JOHN BREGMAN.,
                             Defendants.
------------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

      On August 1, 2024, the Court granted a motion from then-counsel for Cyrwus, Inc. to withdraw. (ECF No. 44). By separate order, the Court instructed Cyrwus, Inc. to advise the Court whether they had obtained new counsel by August 31, 2024, as they were a corporation proceeding pro se. (ECF No. 45). No update has been received. The parties are reminded to submit this update, which is now due by **September 13, 2024**. Should either party be unsuccessful in reaching the other for a joint update, the parties are directed to submit their own status update to the Court.

      SO ORDERED.

DATED:    White Plains, New York
                September 6, 2024

                                                VICTORIA REZNIK
                                                United States Magistrate Judge