

**JODRÉ BRENECKI LLP**
ATTORNEYS AT LAW

101 NORTH 10TH STREET
SUITE 303
BROOKLYN, NY 11249

TEL: (347) 563-2605
FAX: (929) 337-6030
EMAIL: NICOLE@JODREBRENECKI.COM
WWW.JODREBRENECKI.COM

December 20, 2024

**VIA ECF**
Honorable Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    **Tadeusz Citak, et al. v. Frank Cyrwus, Inc., et al.**
             **Civil No.: 23-cv-10438 (NSR)**

Dear Judge Reznik,

    Please accept the following correspondence in response to the Court's Order, dated December 13, 2024, directing the Plaintiffs to submit an Order to Show Cause for a default judgment as against Defendants.

    The Order of Show Cause was previously due on December 6, 2024. This office has drafted the application together with a detailed breakdown of damages owed to each of the five (5) Plaintiffs represented by this office, including a computation of counsel fees, disbursements, and interest. However, this firm has not been able to file the Order to Show Cause with the Court as the application has not yet been reviewed and approved by two (2) of the five (5) Plaintiffs. One of these Plaintiffs has recently been involved in a work accident and is currently recovering from spinal surgery.

    As such, I respectfully request that this Honorable Court grant Plaintiffs a **final** extension of time to submit the Order to Show Cause until January 10, 2025, so as to permit the undersigned counsel to review the application and the calculations contained therein with the remaining two (2) Plaintiffs.

Thank you for Your Honor's consideration. As always, we are available to discuss this matter at the Court's convenience.

JODRE BRENECKI, LLP

By: _____
Nicole Brenecki, Esq.
*Attorneys for Plaintiffs*
101 North 10th Street – Suite 303
Brooklyn, NY 11249
T: (347) 563-2605
nicole@jodrebrenecki.com

Plaintiffs' request is **GRANTED**. The new deadline to submit the proposed Order to Show Cause is now **January 10, 2025.** The Clerk of Court is respectfully directed to close out the gavel associated with ECF No. 60.

SO ORDERED.
_____
Hon. Victoria Reznik, U.S.M.J.
Dated: 12-20-24