**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

Citak, et al.,

                            Plaintiffs,

             -against-

Frank Cyrwus, Inc., et al.,

                          Defendants.

-------------------------------------------------------------------X

23-cv-10438-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

On November 7, 2025, the Court directed Plaintiffs to submit a letter updating the Court on the status of the bankruptcy proceedings by no later than January 5, 2026. (ECF No. 90). The Court has not yet received any such letter. Plaintiffs are reminded to submit a status letter, which is now due **January 12, 2026**.

      **SO ORDERED.**

DATED:    White Plains, New York
            January 6, 2026

_____
VICTORIA REZNIK
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/2026