UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Citak, et al.,

                                        Plaintiffs,

        -against-

Frank Cyrwus, Inc. et al.,

                                        Defendant.

-----------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 4/16/2026

**ORDER RE STATUS CONFERENCE**

*7:23-10438- VR*

**VICTORIA REZNIK, United States Magistrate Judge:**

        A Status Conference (via telephone) is hereby scheduled for **May 20, 2026 at 10:30 am.**

The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting**

**ID #2310 527 2044** and then # to enter the conference.


        **SO ORDERED.**

DATED:        White Plains, New York
              April 16, 2026


                              _____
                              VICTORIA REZNIK
                              United States Magistrate Judge