USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 5/20/2026 _

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
TADEUSZ CITAK, MACIEJ CITAK, LESZAK
STARZYNSKI, MILAN HUJAS, BERNARD
DUBLANSKI and TOMASZ KUPREL,

                           Plaintiffs,                               23-cv-10438

              -against-                                **ORDER**

FRANK CYRWUS, INC., WILLIAM SCRIVENS
and JOHN BREGMAN,
                           Defendants.
-------------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

At a status conference held on May 20, 2026, Plaintiffs confirmed that the bankruptcy proceeding remains pending against Defendant William Scrivens, which triggered a stay of this case since May 8, 2025. Plaintiffs stated that they will move forward in this case against the non-debtor Defendants. Accordingly, the stay is hereby lifted as to the non-debtor Defendants, Frank Cyrwus, Inc. and John Bregman.

Separately, Defendant Frank Cyrwus, Inc. is currently without counsel of record. Defendant has been without counsel since the Court granted a motion from its then-counsel to withdraw on July 23, 2024. (ECF No. 44). To date, no notice of appearance has been filed, nor has Defendant requested an extension of time to retain new counsel. At the status conference held on May 20, 2026, no attorney appeared on behalf of Defendant, nor did any corporate representative

1

of Defendant appear to provide any other update regarding the Defendant's effort to obtain counsel.

Thus, on or before **June 30, 2026**, Defendant Frank Cyrwus, Inc. shall submit a letter stating whether they have obtained new counsel. Non-individual organizations (i.e., corporations, partnerships, associations) may only appear through a licensed attorney and not pro se. 28 U.S.C § 1654; *Rowland v. California Men's Colony, Unit II Men's Advisory Council,* 506 U.S. 194, 202 (1993); *Grace v. Bank Leumi Tr. Co. of NY,* 443 F.3d 180, 192 (2d Cir. 2006). A default judgment may be entered against an organization for failure to appear through counsel. *Eagle Assocs. v. Bank of Montreal,* 926 F.2d 1305, 1308-1310 (2d Cir. 1991).

If Defendant Frank Cyrwus, Inc. obtains new counsel before June 30, 2026, the parties should meet and confer and submit a joint status letter proposing new discovery deadlines. If by June 30, 2026, Defendant Frank Cyrwus, Inc. has not obtained new counsel, Plaintiffs and Defendant John Bregman are directed to submit a joint status letter proposing new discovery deadlines.

**SO ORDERED.**

DATED:    White Plains, New York
          May 20, 2026

                                        _____
                                        VICTORIA REZNIK
                                        United States Magistrate Judge

2