**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Citak, et al.,

                                            Plaintiffs,

                        -against-

Frank Cyrwus, Inc., et al.,

                                            Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _ 7/2/2026 _

23-cv-10438-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

On May 20, 2026, the Court directed Defendant Frank Cyrwus, Inc. to submit a letter by June 30, 2026, stating whether they have obtained new counsel. (*See* ECF No. 98). If by June 30, Defendant Frank Cyrwus, Inc. has obtained new counsel, the parties were directed to submit a joint status letter proposing new discovery deadlines. If by June 30, Defendant Frank Cyrwus, Inc. has not obtained new counsel, Plaintiffs and Defendant John Bregman were directed to submit a joint status letter proposing new discovery deadlines. The Court has not yet received any letter from any party. The parties are reminded to submit a status letter, which is now due **July 7, 2026**.

        **SO ORDERED.**

DATED:      White Plains, New York
            July 2, 2026

                                            _____
                                            VICTORIA REZNIK
                                            United States Magistrate Judge

1