USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/3/2026

**fUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

TADEUSZ CITAK, MACIEJ CITAK, LESZAK STARZYNSKI, MILAN HUJAS, BERNARD DUBLANSKI and TOMASZ KUPREL,

Plaintiffs,

-against-

FRANK CYRWUS, INC., WILLIAM SCRIVENS and JOHN BREGMAN,

Defendants.

---------------------------------------------------------------X

23-cv-10438

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

At a status conference on May 20, 2026, the Court lifted the bankruptcy stay of this case as to the non-debtor defendants, Frank Cyrwus, Inc. and John Bregman. (ECF 05/20/2026). Pursuant to the Court's order issued on May 20, 2026, Defendant Frank Cyrwus, Inc. was directed to submit a letter stating whether they obtained new counsel by June 30, 2026. (ECF No. 98). To date, no notice of appearance has been filed, nor has any corporate representative of Defendant Frank Cyrwus, Inc. appeared to provide any update regarding their effort to retain new counsel. Also pursuant to the Court's order, Defendant John Bregman was directed to submit a joint status letter with Plaintiffs proposing new discovery deadlines by June 30, 2026. (ECF No. 98). Despite an extension of deadlines, no Defendant has submitted any letter to the Court or otherwise appeared since the lifting of the bankruptcy stay. (ECF Nos. 99, 103). Despite Plaintiffs' efforts to locate and contact Defendants, Plaintiffs have been unable to do so. (ECF No. 102, 104).

Thus, Plaintiffs may seek entry of a default judgment against Defendants Frank Cyrwus, Inc. and John Bregman using the following procedures:

1. Prepare a proposed Order to Show Cause for default judgment and make the Order returnable before Judge Reznik in Courtroom 420 of the United States Courthouse, 300 Quarropas Street, White Plains, New York. Leave blanks for the Court to fill in: 1) the date and time at which the Order to Show Cause will be heard; 2) the date by which the moving party must serve the Order to Show Cause and supporting documents on the non-moving party; and 3) the date by which the non-moving party must file opposition papers.
2. The following documents must accompany the Order to Show Cause:
    a. attorney's affidavit or declaration:
        i. attaching:
            1. copies of the pleadings; and
            2. a copy of the affidavit of service of the original summons and complaint; and
            3. Clerk's Certificate of Default; and
        ii. setting forth:
            1. why a default judgment is appropriate, including a description of the method and date of service of the original summons and complaint;

2. whether, if the default is applicable to fewer than all of the defendants, the Court may appropriately order a default judgment on the issue of liability and/or damages prior to resolution of the entire action (*see* F.R.C.P. Rule 54(b));
3. the proposed Statement of Damages and the basis for each element of damages including interest, attorney's fees, and costs; and
4. legal authority for why an inquest would be unnecessary (if applicable);

b. proposed default judgment, including damages and interest calculations;

3. Electronically file the proposed Order to Show Cause using the filing event PROPOSED ORDERS and the document PROPOSED ORDER TO SHOW CAUSE WITHOUT EMERGENCY RELIEF.
4. Electronically file the following documents as separate ECF filing events: (i) the attorney's AFFIDAVIT or DECLARATION in support of an Order to Show Cause; and (ii) the PROPOSED DEFAULT JUDGMENT using the filing event found under PROPOSED ORDERS.
5. After Magistrate Judge Victoria Reznik signs the Order to Show Cause, it will be docketed. The moving party must then serve a copy of

the Order to Show Cause, and the supporting documents, on the defendant as directed in the Order to Show Cause.

6. Proof of service on the potentially defaulting defendant of a copy of the Order to Show Cause, and supporting documents, must be electronically filed three (3) business days in advance of the return date.

The aforementioned documents are to be filed by **September 4, 2026**.

**SO ORDERED.**

DATED: White Plains, New York
August 3, 2026

VICTORIA REZNIK
United States Magistrate Judge