USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/22/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

Citak, et al.,

Plaintiffs,

-against-

Frank Cyrwus, Inc., et al.,

Defendants.

---------------------------------------------------------------X

23-cv-10438-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

On September 11, 2026, the Court granted Plaintiff's request for an extension of time to submit the proposed Order to Show Cause and motion to withdraw as attorney by September 18, 2026. (*See* ECF No. 110). The Court has not yet received any submission. Plaintiff is reminded to submit the proposed Order to Show Cause and motion, which are now due **September 25, 2026**.

**SO ORDERED.**

DATED: White Plains, New York
September 22, 2026

VICTORIA REZNIK
United States Magistrate Judge